STATE v. POWELL

No. 129A93

Case below: 109 N.C.App. 1

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to

those presented as the basis for the dissenting opinion allowed 6 May 1993.